

# Fourth Court of Appeals
## San Antonio, Texas

February 16, 2022

No. 04-21-00539-CV

**IN THE INTEREST OF O.L.P.**, a Child

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-PA-01347
Honorable Laura Salinas, Judge Presiding

## ORDER

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF JURISDICTION. Appellant's motion for extension of time to file her brief is DENIED AS MOOT. No costs of appeal are assessed.

It is so **ORDERED** on February 16, 2022.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of February, 2022.

_____
Michael A. Cruz, Clerk of Court